WILLIAM MABERRY *versus* BENJAMIN MORSE.

This court is authorized to establish such rules and regulations as may be necessary respecting the modes of trial and the conduct of business before it.

The rules established in pursuance of this authority have all the binding and obligatory force of a statute.

By the 21st rule of this court, all objections to a report of referees are required to be in writing, and the court, by its own rules, are precluded from considering them unless so made.

The plaintiff at *Nisi Prius*, GOODENOW, J., presiding, moved the acceptance of a report of referees. The defendant moved a recommitment, because injustice and partiality are manifest upon the face of the award; for excess of authority, and for newly discovered evidence. But these objections were not made in writing, and filed with the clerk. The presiding judge ordered the acceptance of the report, to which the defendant excepted.

*Clifford & Adams*, counsel for the plaintiff.

*F. O. J. Smith*, counsel for the defendant.

·APPLETON, J.   By R. S., chap. 96, p. 9, this court is authorized "from time to time to establish all such rules and regulations as may be necessary respecting the modes of trial and the conduct of business, not being repugnant to law, whether in relation to suits at law or in equity." The rules established in pursuance of this authority, have all the binding and obligatory force of a statute. They are binding on any justice at *Nisi Prius*, or on this court sitting in banc. Neither this court, nor any member, can dispense with or disregard them.   Thompson v. Hatch, 3 Pick., 512.

By the 21st rule of this court, 37 Maine, 21, all objections are required to be in writing, and unless in writing, the court will not consider them. The exceptions signed by the counsel, excepting to the rulings of the justice presiding at *Nisi Prius*, show that no written objections to the acceptance of

this report were ever filed. The court therefore, by its own rules, are precluded from considering them.

*Exceptions overruled.*